IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Marshall, Camille M | Case Number: 08 B 01342 |
| | Judge: Wedoff, Eugene R |
| Printed: 7/22/08 | Filed: 1/22/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed: June 5, 2008
Confirmed:   None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,650.00 | |
| Secured: | | 1,094.16 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 454.94 |
| Trustee Fee: | | 100.90 |
| Other Funds: | | 0.00 |
| Totals: | 1,650.00 | 1,650.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Feld & Korrub LLC | Administrative | 3,000.00 | 454.94 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 5. | Capital One Auto Finance | Secured | 11,681.00 | 1,094.16 |
| 6. | Countrywide Home Loans Inc. | Secured | 18,000.00 | 0.00 |
| 7. | Countrywide Home Loans Inc. | Secured | 4,263.18 | 0.00 |
| 8. | Capital One Auto Finance | Unsecured | 191.84 | 0.00 |
| 9. | Monterey Financial Services | Unsecured | 243.56 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 426.71 | 0.00 |
| 11. | MCI | Unsecured | 158.80 | 0.00 |
| 12. | ACMC Physicians Services | Unsecured | 406.40 | 0.00 |
| 13. | T Mobile USA | Unsecured | 963.25 | 0.00 |
| 14. | AT&T | Unsecured | | No Claim Filed |
| 15. | Bud's Ambulance | Unsecured | | No Claim Filed |
| 16. | Christ Hospital | Unsecured | | No Claim Filed |
| 17. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 18. | Nicor Gas | Unsecured | | No Claim Filed |
| 19. | Progressive Universal Ins Co | Unsecured | | No Claim Filed |
| 20. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 21. | Radiology Imaging Consultants | Unsecured | | No Claim Filed |
| | | | $ 39,334.74 | $ 1,549.10 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Marshall, Camille M

Printed: 7/22/08

Case Number: 08 B 01342
Judge: Wedoff, Eugene R
Filed: 1/22/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 31.23 |
| 6.5% | 69.67 |
|  | _____ |
|  | $ 100.90 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

